UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| JEFFREY ROWE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:08 CV 68 |
| PAT WILLIAMS, et al., | ) | |
| Defendants. | ) | |

## OPINION and ORDER

While he was a prisoner confined at the LaPorte County Jail, Jeffrey Rowe (Rowe) submitted a complaint under 42 U.S.C. § 1983 alleging that jail officials violated his federally protected rights. The court screened his complaint pursuant to 28 U.S.C. § 1915A and allowed him to proceed *in forma pauperis* against defendants on his claim that he was denied examination and treatment for problems with his vision. The Laporte County Sheriff's Department has now advised the court that Rowe has been released from custody and is no longer being held at the jail.

After a complaint is filed, 28 U.S.C. § 1915(e)(2)(B) requires the court to *sua sponte* dismiss a prisoner's claim at any time if the court determines that it is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. Rowe seeks injunctive relief requiring jail officials to examine him for his vision problems and to provide him with adequate treatment for those problems. When, as here, a prisoner is released from

custody, his or her requests for injunctive relief are moot. *O'Shea v. Littleton*, 414 U.S. 488, 495 (1974); *Martin v. Davies*, 917 F.2d 336, 339 (7th Cir. 1990), *cert. denied* 501 U.S. 1208 (1991).

For the foregoing reasons, pursuant to 28 U.S.C. § 1915(e)(2)(B), the court **DISMISSES** as moot plaintiff's injunctive relief claims. This case remains before the court on plaintiff's damage claims.

**SO ORDERED.**

**DATED:** September 5, 2008

s/ James T. Moody  
JUDGE JAMES T. MOODY  
UNITED STATES DISTRICT COURT