UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| JEFFREY ROWE, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 3:08 CV 68 |
|  | ) |  |
| PAT WILLIAMS, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## OPINION and ORDER

While he was a prisoner confined at the LaPorte County Jail, Jeffrey Rowe (Rowe) submitted a complaint under 42 U.S.C. § 1983 alleging that jail officials violated his federally protected rights. The court screened the complaint pursuant to 28 U.S.C. § 1915A and allowed him to proceed *in forma pauperis* against defendants on his claim that he was denied examination and treatment for problems with his vision. The Laporte County Sheriff's Department has advised the court that he has been released from custody and is no longer being held at the jail. Plaintiff has not provided an updated mailing address, and the court's last two mailings to him have been returned as undeliverable because he is no longer at the address he provided to the court. Because plaintiff has not kept the court apprized of his current mailing address, the court **DISMISSES** this action without prejudice pursuant to FED. R. CIV. P. 41(b).

**SO ORDERED.**

DATED: September 23, 2008

s/ James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT